UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
11 AUG 19 PM 12:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 02CR1222 H |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Gerardo Alvarez-Andrade (3), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

21:846 and 841(a)(1) - Conspiracy to Distribute Marijuana and Cocaine (2);

21:841(a)(1); 18:2 - Possession with Intent to Distribute Marijuana and Aiding and Abetting (11);

21:841(a)(1); 18:2 - Possession with Intent to Distribute Cocaine and Aiding and Abetting (12)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/18/2011

Marilyn L. Huff
UNITED STATES DISTRICT JUDGE